Harry Wolchinovsky, conservator, etc., v. Madison & Kedzie State Bank et al.

Louis Kaspar et al., appellees, v. Harry Wolchinovsky, etc. Madison & Kedzie State Bank et al. Madison & Kedzie State Bank, appellant. Gen. No. 36,117.

Opinion filed July 13, 1932.

Winston, Strawn & Shaw, for appellant. Shulman, Shulman & Abrams, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

Harry Wolchinovsky, conservator, etc., v. Madison & Kedzie State Bank et al.

Straus National Bank & Trust Company, etc., et al., appellees, v. Harry Wolchinovsky, conservator, etc., and Madison & Kedzie State Bank, cross defendants, on interlocutory appeal of Madison & Kedzie State Bank, appellant. Gen. No. 36,134.

Opinion filed July 13, 1932.

Winston, Strawn & Shaw and Walter V. Fackler, for appellant; Harold Beacom, Harold A. Smith and Anthony L. Michel, of counsel. Shulman, Shulman & Abrams, for appellees; Meyer Abrams, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Samuel Marshall, appellee, v. Oscar E. Nelson, appellant. Gen. No. 35,798.

Opinion filed October 4, 1932.

Rehearing denied October 15, 1932.

John A. Bloomingston, for appellant. Joseph D. Ryan and Louis P. Miller, for appellee.

Mr. Presiding Justice Kerner delivered the opinion of the court.